No. 73–1786. DUCKSTEIN v. GENERAL DYNAMICS CORP., FORT WORTH DIVISION. Ct. Civ. App. Tex., 2d Sup. Jud. Dist. Certiorari denied.

No. 73–1787. OHIO HOLDING CO. v. MASHETER, DIRECTOR OF HIGHWAYS. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 73–1788. LOCAL UNION No. 2188, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL–CIO, ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 73–1792. WILLIAMS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 73–1793. MARKS v. FLOURNOY, CONTROLLER OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1794. KLEE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–1797. MILAM v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–1803. MURTAGH ET AL. v. UNIVERSITY COMPUTING CO. C. A. 5th Cir. Certiorari denied.

No. 73–1806. SMITH v. MORTON, SECRETARY OF THE INTERIOR. C. A. 9th Cir. Certiorari denied.

No. 73–1807. PAPIERZ ET AL. v. RAUTH. App. Ct. Ill., 1st Dist. Certiorari denied.